■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN PICKEL, Appellant. [612 NYS2d 900] —Appeal by the defendant from a judgment of the County Court, Putnam County (Sweeny, J.), rendered July 27, 1993, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v*

*Gonzalez,* 47 NY2d 606). Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.